REICH, Respondent, v. COCHRAN et al., Appellants. (Supreme Court, Appellate Division, First Department. November 23, 1906.) Action by Elizabeth Reich against Eva S. Cochran and others. J. L. Bishop, for appellants. A. B. Parker, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

CLARKE and SCOTT, JJ., dissent.

REICHE, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. December 7, 1906.) Action by Lena H. Reiche, as administratrix, against the New York Central & Hudson River Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

REILLY, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by John Reilly against the Interurban Street Railway Company. E. D. O'Brien, for appellant. E. V. Guinan, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $2,000; in which event judgment as so modified and order affirmed, without costs. Settle order on notice.

REUTER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court Appellate Division, Second Department. November 28, 1906.) Action by Christian Reuter against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that it was error to receive the declaration of the motorman made after the accident, to the effect that there was no gong on the car.

REYNOLDS, Appellant, v. MILDENBERG, Respondent. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by De Elbert A. Reynolds against Samuel H. Mildenberg. J. A. Hodge, for appellant. E. E. Stowell for respondent. No opinion. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs in this court and in the court below.

RHODES, Respondent, v. RAGUS TEA & COFFEE CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Conrad Rhodes against the Ragus Tea & Coffee Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

RICE, Respondent, v. EISLER, Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1906.) Action by Solomon Rice against Joseph Eisler. No opinion. Appeal from the judgment of the Municipal Court dismissed, with costs, on the ground that no return has been filed, indorsed as required by sections 317 and 318 of the Municipal Court Act, Laws 1902, pp. 1580, 1581, c. 580.

RICE, Respondent, v. EISLER, Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Solomon Rice against Joseph Eisler. No opinion. Motion granted. When return is perfected and filed, the case may be brought on in its regular order.

RICHARDSON, Respondent, v. GAREY, Appellant. (Supreme Court, Appellate Division, Third Department. November 14, 1906.) Action by Frederick H. Richardson against Seymour Garey.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG, J., dissents.

In re RICHARDSON'S ESTATE. (Supreme Court, Appellate Division, First Department. December 7, 1906.) In the matter of Benjamin Richardson, deceased. No opinion. Motion denied on payment of $10 costs, and, on payment of an additional $10, leave given to apply to the court below to open default. Order filed.

RIESGO, Respondent, v. CLARK et al., Appellants. (Supreme Court, Appellate Division, First Department. December 21, 1906.) Action by Louis A. Riesgo against James F. A. Clark and others. No opinion. Order affirmed, with costs. Order filed.

RIGNEY, Respondent, v. KLEIN, Appellant. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Walter I. Rigney against John Klein. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re RIORDAN. (Supreme Court, Appellate Division, Second Department. October 30, 1906.) In the matter of Daniel J. Riordan. No opinion. Order affirmed, without costs.

RITTER et al., Respondents, v. TORREY et al., Appellants. (Supreme Court, Appellate Term. November 14, 1906.) Appeal from Municipal Court, Borough of Manhattan, Fifth District. Action by William C. Ritter and another against David M. Torrey and others. From a judgment in favor of plaintiffs, defendants appeal. Affirmed. Henry J. Morris, for appellants. Samuel D. Lasky, for respondents.

PER CURIAM. Upon the trial it was conceded that the only issue involved was whether Levine, in receiving the money, acted as the agent of the plaintiff, and whether he was authorized to receive the money represented by the checks. We cannot say that the judgment is not right, assuming the issue to be as conceded. Judgment affirmed, with costs.

ROACH, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by James Roach against the Brooklyn Heights Railroad Company. No opinion. Motion denied.